

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANGEL MOORE, | ) | |
| ASIA MOORE, | ) | |
| | ) | |
| Plaintiffs, | ) | 10 C 5371 |
| | ) | |
| vs. | ) | Judge Darrah |
| | ) | |
| CITY OF CHICAGO, | ) | Magistrate Judge Cole |
| a municipal corporation, et.al | ) | |
| | ) | |
| Defendants. | ) | |

**FILED** JUN 1 8 2012 JOHN W DARRAH U.S. DISTRICT COURT JUDGE

## STIPULATION

The Parties hereby stipulate and agree as follows:

Angel Moore and Asia Moore each paid $2,250.00 each for attorneys fees in connection with their legal defense in the criminal proceedings related to this cause.

By: /s/ Neil L. Toppel
Neil L. Toppel,
One of the Plaintiff's Attorneys
LAW OFFICES OF NEIL L. TOPPEL
200 S. Michigan Ave., Suite 1240
Chicago, IL 60604

By: /s/
One of the Attorneys for Defendants
Greene and Letts
111 West Washington St.
Ste. 1650
Chicago, Illinois 60602