# ITEMIZATIONS OF CATEGORIES OF COSTS[1]

ANGEL MOORE V. CITY OF CHICAGO ET AL, No. 10 C 5371

### Fee of the Clerk

| Description | Amount Charged | Amount Sought |
|---|---|---|
| Lawsuit Filing fee | $350 | $350 |

Total $ 350

### Fees of The Court Reporter for Transcripts Necessarily Obtained

| Description of Transcripts Necessarily Obtained | Original/Copy/Regular/ Expedited Transcription | Actual Amount Charged | Amount Sought |
|---|---|---|---|
| Defendant Jennifer Harris Deposition Transcript (179 pages) | Original-Regular Delivery | $644 ($3.60 per page) | $644 |
| Defendant Adrian Vivanco Deposition Transcript (100 pages) | Original-Regular Delivery | $360 (3.60 per page) | $360 |
| Defendant Richard Rodriquez Transcript (293 pages) | Original- One Week Expedited | $1,322.16 (4.75 per page) | $1,322.16 |
| Defendant Sam Rawls Deposition Transcript (224 pages) | Original- One Week Expedited | $1,010.80 (4.75 per page) | $1,010.80 |
| Dr. Walter Jay "Evidence Deposition" Transcript (90 pages) | Original-14 day Expedited | $369 ($4.10 per page) | $369 |
| Dr. Walter Jay Deposition" Transcript (95 pages) | Original-One Week Expedited Delivery | $451.24 ($4.75 per page) | $451.24 |
| Dr. Gilberto Alrevalo Deposition Transcript (62 pages) | Original-Regular Delivery | $234.85 ( 3.78 per page) | $226.30 |
| Plaintiff Asia Moore Deposition Transcript (90 pages) | Original-Regular Delivery | $292.50 (3.25 per page | $292.50 |
| Plaintiff Angel Moore Deposition Transcript (114 pages) | Original-Regular | $370.50 (3.25 per page) | $370.50 |

---

[1] Special Note: Documentation of requested costs attached as Group Exhibit B to Bill of Costs


EXHIBIT A

| Willie Lomax Deposition Transcript (42 pages) | Copy-Regular Delivery | $105 (2.50 per page) | $37.80 |
| Loleta Gray Deposition Transcript (63 pages) | Copy- Regular Delivery | $157.50 (2.50 per page) | $56.70 |
| Report of Proceedings Judge Darrah, Moore et al v. City of Chicago et al on 5/26/11 (8 pages) | Original-"Hourly" Expedited | $58 (7.25 per page) | $58 |

Total: $ 5,199.00

### Fees & Disbursements for Printing

| Description | Actual Amount Charged | Amount Sought |
| --- | --- | --- |
| Final Pretrial Order Exhibits Books (4 copies) | $392.21 (Fed Ex Office) | $392.21 |
| | | |
| | | |

Total $392.212

### Fees for Exemplification of Copies & Papers Necessarily Obtained for Use In Case

| Description | Actual Amount Charged | Amount Sought |
| --- | --- | --- |
| Dr. Jay CD Video Deposition Exhibit. –Trial Vision/Depovision Ltd. | $110 | $110 |
| | | |
| | | |
| | | |
| | | |
| | | |
| Medical Records - Angel Moore | | |
| Midwest Medical Records Association (Christ Hospital) | $ 68.30 | $ 68.30 |
| HealthPort (University of Illinois Medical Center) | $ 143.19 | $ 143.19 |
| Louis A. Weiss Memorial Hospital Records | $ 141.75 | $ 141.75 |
| Advocate Christ Hospital & Medical Center Records | $ 118.75 | $ 118.75 |
| Discovery Health Record Solutions LLC (Stroger Hospital) | $ 30.11 | $ 30.11 |
| University of Chicago Hospitals Medical Records. RCS Inv. No. M71176 | $ 69.75 | $ 69.75 |
| Cermak Health Services | $ 97.50 | $ 97.50 |

| | | |
|---|---|---|
| University of Chicago Hospitals Medical Records. RCS Inv. No. L 21812 | $ 92.00 | $ 92.00 |
| St. Bernard Hospital Records | $ 271.75 | $ 271.75 |
| University of Chicago Hospitals Medical Records, RCS Inv. No. L 41698 | $ 99.75 | $ 99.75 |
| University of Chicago Hospitals Medical Records, RCS Inv. No. L 13558 | $ 348.75 | $ 348.75 |
| | | |

Total: $ 1,591.60

## *OTHER COSTS*

| Description | Amount Paid | Amount Sought |
|---|---|---|
| Court Reporter Appearance Fee Defendant Rawls Deposition | $406.25 | $406.25 |
| Court Reporter Appearance Fee Defendant Rodriguez Deposition | $406.25 | $406.25 |
| Court Reporter Appearance Fee Defendant Harris Deposition | $225 | $225 |
| Court Reporter Appearance Fee Defendant Vivanco Deposition | $156.25 | $156.25 |
| Court Reporter Appearance Fee Det. Thomas Downes Deposition | $281.25 | $281.25 |
| Court Reporter Appearance Fee Officer Iowna Galowski | $125 | $125 |
| Court Reporter Appearance Fee Dr. Jay Deposition 5/21/12 | $125 | $125 |

Total: $ 1,625.00

Grand Total (all categories): $ 9,257.81