**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANGEL MOORE,<br>ASIA MOORE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 10 C 5371 |
| vs. | ) | |
| | ) | Judge John W. Darrah |
| CITY OF CHICAGO, a municipal corporation | ) | |
| JENNIFER HARRIS, a City of Chicago | ) | Magistrate Judge Jeffrey Cole |
| Police Officer, Star Number 14060, ADRIAN | ) | |
| VIVANCO, a City of Chicago Police Officer, | ) | |
| Star Number 17269, RICHARD RODRIGUEZ | ) | |
| A City of Chicago Police Officer, Star Number | ) | |
| 18290, SAMUEL RAWLS, a City of Chicago | ) | |
| Police Officer, Star Number 10205 | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AS TO JUDGMENT, ATTORNEYS' FEES AND COSTS

IT IS HEREBY STIPULATED AND AGREED by and between the parties in this case, by their respective attorneys of record with regard to the judgment entered in this cause, attorneys' fees and costs:

1.     The judgment entered for compensatory damages in favor of plaintiff Angel Moore against defendant Officer Jennifer Harris in the amount of $785,000.00 shall be reduced to $750,000.00 and paid in full satisfaction by City of Chicago as indemnitor pursuant to 745 ILCS 10/9-102.

2.     The judgment entered against Defendant Jennifer Harris for punitive damages in the amount of $2,250.00 is hereby waived and vacated.

3.     Judgment for attorneys' fees of plaintiff's counsel pursuant to 42 U.S.C. §1988 and costs pursuant to Rule 54(d) and 28 U.S.C. §1920 is entered in the amount

of $110,000.00 and is to be paid in full satisfaction by City of Chicago as indemnitor pursuant to 745 ILCS 10/9-102.

    4.     An agreed judgment order is attached hereto as Exhibit A.


*/s/ Kevin T. Lee*
GREENE AND LETTS
Attorneys for Defendants
111 W. Washington Street, Suite 1650
Chicago, Illinois 60602
312/+346-1100

*/s/ Richard J. Dvorak*
Law Office of Richard J. Dvorak
One of the Attorneys for Plaintiffs
200 S. Wacker Dr. Suite 3148
Chicago, Illinois 60606
312/593-7146


X:\CITY OF CHICAGO\MOORE 0059-00029\Settlement\Stip as to Judgment 7-17-12 (2).doc